FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 12, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRISTOPHER F., <br>     Plaintiff, <br>     v. <br> COMMISSIONER OF SOCIAL SECURITY, <br>     Defendant. | No. 2:18-cv-00023-SAB <br><br> **ORDER ADOPTING REPORT AND RECOMMENDATION** |

On October 26, 2018, Magistrate Judge Mary K. Dimke issued a Report and Recommendation to grant Plaintiff's Motion for Summary Judgment and to deny Defendant's Motion for Summary Judgment. ECF No. 19. No timely objections to the Report and Recommendation were filed.

//
//
//
//
//
//
//
//
//

**ORDER ADOPTING REPORT AND RECOMMENDATION ^ 1**

Accordingly, **IT IS HEREBY ORDERED**:

1. The Court **adopts** Magistrate Judge Dimke's Report and Recommendation, ECF No. 19, in its entirety.

2. Plaintiff's Motion for Summary Judgment, ECF No. 16, is **GRANTED**.

3. Defendant's Motion for Summary Judgment, ECF No. 17, is **DENIED**.

4. The District Court Executive is directed to enter judgment in favor of Plaintiff and against Defendant. The ALJ's decision is **REVERSED** and **REMANDED** for further proceedings.

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order, forward copies to counsel, and **close the file**.

**DATED** this 12th day of December 2018.



Stanley A. Bastian
United States District Judge

**ORDER ADOPTING REPORT AND RECOMMENDATION ^ 2**